Case 4:24-cv-03106   Document 19   Filed on 09/12/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **G&G CLOSED CIRCUIT EVENTS, LLC,** | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-3106 |
| | § | |
| **CRYSTAL JEFFLIZ LLC,** *et al.*, | § § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

On July 18, 2025, this Court reset the initial scheduling conference and ordered Plaintiff to move for default judgment or file a notice of voluntary dismissal with thirty (30) days of its Order or it will recommend dismissal for failure to prosecute under Federal Rule of Civil Procedure ("Rule") 41(b). (ECF No. 17 at 1).

Plaintiff failed to comply with the Court's order. (ECF No. 17). By failing to comply with the Court order, Plaintiff has prevented this action from proceeding. The Court should therefore exercise its inherent power to prevent undue delays in the disposition of pending cases and *sua sponte* dismiss this action without prejudice. *See Coe v. United States*, No. 3:23-cv-1627, 2023 WL 9231455, at *2 (N.D. Tex. Dec. 21, 2023), *report and recommendation adopted*, No. 3:23-cv-1627, 2024 WL 150441 (N.D. Tex. Jan. 12, 2024) ("Rule 41(b) allows

a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order.").

Due to Plaintiff's failure to comply with a Court order, the Court recommends the case be dismissed without prejudice.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on September 12, 2025.

_____
Richard W. Bennett
United States Magistrate Judge