United States District Court
Southern District of Texas
**ENTERED**
October 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-03106 |
| § | |
| CRYSTAL JEFFLIZ LLC, *et al.*, § | |
|     Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 22, 2024, the parties in this matter were ordered to an Intiial Pretrial and Scheduling Conference before Magistrate Judge Richard W Bennett. (Dkt. 4). Judge Bennett filed a *Memorandum and Recommendation* on September 12, 2025, recommending that Plaintiff's case be dismissed for want of prosecution. (Dkt. 19).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bennett's Memorandum and Recommendation (Dkt. 19) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on October 1, 2025.

                                               _____
                                                      GEORGE C. HANKS, JR.
                                                 UNITED STATES DISTRICT JUDGE